# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES POSEY ) | CASE NO. 07-10038 |
| ) | |
| DEBTOR(S) ) | |

**NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY OF THE ESTATE**

Trustee, Mark H. Flener, hereby gives notice of his intent to abandon property of the estate pursuant to 11 U.S.C. Section 554 in that said property is subject to mortgages and judicial liens and is burdensome to the estate and/or has inconsequential value or benefit to the estate.

Trustee intends to abandon the following described property:

(1) 701 East Third Street, Russellville, KY 42276

(2) 705 Third Street and Lot Russellville, KY 42276

(3) 706 East Third Street, Russellville, KY 42276

(4) 342 East Third Street, Russellville, KY 42276

(5) 708 East Third Street, Russellville, KY 42276

(6) Norton Alley Property identified on Tax Bill 11545

(7) Norton Alley Property identified on Tax Bill 11547

(8) 219 Mud River Valley Road, Russellville, KY 42276

(9) 703 East Third Street, Russellville, KY 42276

(10)   Multiple parcels as stated on Tax Bill 11550

(11)   26 acres on Stuart Chapel Road, Russellville, KY 42276

(12)   Property located at Bibb Town, identified on Tax Bill 11542 with a value of

    $4,600.00

*Pursuant to Rule 6007, unless a party in interest serves and files an objection within fifteen days of the date of this notice, the property will be abandoned by the Trustee.

This 5th day of May, 2009.

        /s/ Mark H. Flener
        Mark H. Flener
        400 East Main Avenue, Suite 304
        P.O. Box 8
        Bowling Green, KY 42102-0008
        270-783-8400

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing was served this May 5, 2009, by either electronic filing or by placing same in the United States Mail, postage prepaid, addressed to all scheduled creditors and to the following:

Joseph J. Golden
Office Of The U.S. Trustee
601 W. Broadway
Suite 512
Louisville, KY 40202

All Scheduled Creditors

        /s/Mark H. Flener
        Mark H. Flener